**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JUAN D. FRANSISCO GUTIERREZ,**<br><br>**Petitioners,**<br><br>**v.**<br><br>**WARDEN, SCI GREENE, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8987 (RK)**<br><br>**ORDER** |

*Pro se* Petitioner Juan D. Fransisco Gutierrez is currently detained at SCI Greene in Pennsylvania and has filed a letter seeking relief under 18 U.S.C. § 2241.[1] (ECF No. 1.) He has not paid the $5.00 filing fee or applied to proceed *in forma pauperis*. Local Civil Rule 81.2 provides:

> If the petition or motion is presented *in forma pauperis* it shall include an affidavit (attached to the back of the form) setting forth information which establishes that the petitioner or movant is unable to pay the fees and costs of the proceedings.

L.Civ.R. 81.2(b). The Court will direct the Clerk of the Court to provide Petitioner a blank affidavit of poverty and provide Petitioner with the opportunity to submit a complete IFP application or the $5.00 filing fee along with a signed habeas petition.

**THEREFORE**, it is on this 18th day of August 2026;

[1] It appears that Petitioner is detained in Pennsylvania and is attempting to challenge a future detainer lodged against him by the state of New Jersey. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). Petitioner's letter does not raise any claims for relief and merely states that he wishes to have the detainer lifted so he can be deported. It is also not clear that he has asked state officials to lift the detainer prior to filing this action.

**ORDERED** that the Clerk of the Court shall send Petitioner a blank form Affidavit of Poverty, DNJ-Pro Se-007-B-(Rev. 09/09), and a blank form Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (AO 242 (12/11)), and ADMINISTRATIVELY TERMINATE this case, without filing the Petition or assessing a filing fee; and it is further

**ORDERED** that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court within 30 days of the date of entry of this Order; Petitioner's writing shall include a complete, signed affidavit that contains information to establish that Petitioner is currently unable to pay the fees and costs of the proceeding or the $5.00 filing fee, along with a signed habeas petition; and it is further

**ORDERED** that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, a complete, signed affidavit of indigence or the $5.00 filing fee, and a signed habeas petition, the Clerk of the Court will be directed to reopen this case; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular U.S. mail.

ROBERT KIRSCH
United States District Judge